

**RECEIVED**

APR 2 1 2008 *aew*
Apr 21, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Gregory CHAMPion

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2261
JUDGE PALLMEYER
MAG. JUDGE VALDEZ

vs.

Ca
(T└__ __ __ __ __ __ __ __ __ __ __

C. Smith

Cermak Hospital

Cook County

_____

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
<u>use "et al."</u>)

**CHECK ONE ONLY:**    EMERGency Complaint

___X___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**    **Plaintiff(s):**

    A.    Name: Gregory Champion

    B.    List all aliases:

    C.    Prisoner identification number: 20060080031

    D.    Place of present confinement: Cook County Jail

    E.    Address: 2600 South California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: C Smith

        Title: Administrative Employee

        Place of Employment: Cermak Hospital

    B.    Defendant: Cermak Hospital

        Title:

        Place of Employment: Cermak Hospital (Cook County Jail)

    C.    Defendant: Cook County, a municipality

        Title:

        Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

**A.** NAME OF CASE AND DOCKET NUMBER   Champion v Dahlquist 07C1373

**B.** APPROXIMATE DATE OF FILING ?   3/07

**C.** LIST ALL PLAINTIFFS.
Gregory CHAMpion

**D.** LIST ALL DEFENDANTS.
Ronald DAHlquist, C.P.A. RooT, C.P.A. Cline, CPD, City of Chicago

**E.** COURT IN WHICH THE LAWSUIT WAS FILED
Northern DISTrict

**F.** NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
CAstillo

**G.** BASIC CLAIM MADE.
Due Process, False Arrest

**H.** DISPOSITION OF THIS CASE.
PenDING

**I.** DATE OF DISPOSITION

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _CHAMPION v DART_
_07C4852_

B.  Approximate date of filing lawsuit: _07/07_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Gregory CHAMPION_

D.  List all defendants: _Thomas DART, Director GODINEZ_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern DISTRICT_

F.  Name of judge to whom case was assigned: _Pallmeyer_

G.  Basic claim made: _Due Process_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed_

I.  Approximate date of disposition: _08/07_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _CHAMPION V TING, eT Al_
     _07C 6070_

B.   Approximate date of filing lawsuit: _9/07_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
     _GreGory CHAMPION_

D.   List all defendants: _Dr. A. TING, VicToriA Furlow_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern DISTrieT_

F.   Name of judge to whom case was assigned: _Pallmeyer_

G.   Basic claim made: _Aelliberate indifference To Menical_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PendinG_

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: CHAMPION V DeliA eT All
07C 6414

B.    Approximate date of filing lawsuit: 11/07

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:
GreGory CHAMPion

D.    List all defendants: John DeliA, STeven HoffmAn

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F.    Name of judge to whom case was assigned: PAllmeyer

G.    Basic claim made: fAlse ArresT

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: CHAMPION v EAGle PrintinG O7C1702

B.   Approximate date of filing lawsuit: 5/07

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory CHAMPion

D.   List all defendants: Frank Roslenski, Kevin Roslenski

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F.   Name of judge to whom case was assigned: CAstillo

G.   Basic claim made: Illegal Termination

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I.   Approximate date of disposition: 06/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A.   NAME OF CASE AND DOCKET NUMBER   CHAMpion v Parks ET Al
                                                                     07C 7267

B.   APPROXIMATE DATE OF FILING ?   12/07

C.   LIST ALL PLAINTIFFS.

GreG CHAMpion

D.   LIST ALL DEFENDANTS.

DepuTy Ms, Parks
DePuTy King

E.   COURT IN WHICH THE LAWSUIT WAS FILED
                                    Northern DISTrieT

F.   NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
                                    PAllmeyer

G.   BASIC CLAIM MADE.

fAllure To ProTeeT

H.   DISPOSITION OF THIS CASE.
                                    PendinG

I.   DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A.   NAME OF CASE AND DOCKET NUMBER   CHAMpion v Devine 08C0022

B.   APPROXIMATE DATE OF FILING ?   1/08

C.   LIST ALL PLAINTIFFS.

GreG CHAMpion

D.   LIST ALL DEFENDANTS.

DICK Devine
Dir. Godinez
Thomas DArt

E.   COURT IN WHICH THE LAWSUIT WAS FILED

Northern District

F.   NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.

Pallmeyer

G.   BASIC CLAIM MADE.

illeGal Search

H.   DISPOSITION OF THIS CASE.

Dismissed

I.   DATE OF DISPOSITION

**LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT**

**A.** NAME OF CASE AND DOCKET NUMBER  CHAmpion v Doody ET All
                                                              08C1240

**B.** APPROXIMATE DATE OF FILING ?  3/08

**C.** LIST ALL PLAINTIFFS.

Greg CHAmpion

**D.** LIST ALL DEFENDANTS.

SArGenT Doody
DePuTy JudGe

**E.** COURT IN WHICH THE LAWSUIT WAS FILED

Northern DISTricT

**F.** NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.

PAllmeyer

**G.** BASIC CLAIM MADE.

FAilure To ProTecT

**H.** DISPOSITION OF THIS CASE.

PerdinG

**I.** DATE OF DISPOSITION

LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT

A.    NAME OF CASE AND DOCKET NUMBER  CHAMPion v GoDINez ET All
                                                08C1632

B.    APPROXIMATE DATE OF FILING ?  03/08

C.    LIST ALL PLAINTIFFS.

Greg Champion

D.    LIST ALL DEFENDANTS.

GoDINez
SApeTA
Devine
DArT

E.    COURT IN WHICH THE LAWSUIT WAS FILED
                    Northern District

F.    NAME OF JUDGE TO WHOM CASE WAS ASSIGNED.
                    PAllMeyer

G.    BASIC CLAIM MADE.

Illegal Search
failure To ProTeeT Papers

H.    DISPOSITION OF THIS CASE.
                    PenDiNG

I.    DATE OF DISPOSITION

**IV.    Statement of Claim:**    EMERGENCY Complaint

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Circa 3/18/08, I began requesting medical attention for a severe white, yellow sinus discharge. On the request sheets, I made mention that I have had this discharge for the past (9) months, ever since I was punched in face by Manuel Macon, Pursuant T O8C1240 ← on 06/15/07. After no response, I filled out (2) more medical requests, to no avail. On 04/02/08 I filed grievance & gave it to C.R.W. Ms Wright, she contacted C. Smith of Cermak & he noted that a physician was contacted & I would be called circa 04/03/08. I have not been called & the discharge is draining down my throat leaving a very nasty taste as I swallow it. I reminded Cermak that I already am in a situation similar to this one 07C6070 I.E. Deliberate indifference, however they are very unproffesional & continue to treat us detainees as cattle. C. Smith & Cermak Hospital, under color of state law, are guilty of Medical deliberate indifference to my serious medical emergency, thereby violating my 14nth Amendment right to due process quash effective medical intervention!! In addition my 8th amendment right to be free of cruel & unusual punishment is in violation These people do what they want despite the presence of the deliberate indifferen "indifference!" U District Courts!!! In addition, my Naproxen pain reliever

4                                                          Revised 9/2007

medication prescription ran out Circa 03/13/08, I have none, have requested refill numerous times to no avail. I am having "Sinus headaches" that are killing Me.

Please, Someone help Me !!

P.S. I included Cook County as a defendant because Cermak Hospital is a leg of Cook County (Stroger) Hospital & I wanted to be sure to name a suable entity.

Also I am once again having severe (Sinus) headaches with the "usual" no medicine to fight them with!! I have been having to sell my dinner trays to other detainees to raise funds to trade for 600 mg ibuprofen from other detainees meaning I go to bed with no dinner. Cook County & Cermak hospital ought to be ashamed of them — selves for this !!!

C. Smith, responded to my grievance, acting under color of law, failed to get me Medical attention, for serious Sinus infection, and keeping me with steady supply of headache pain remedy !!

I need immediate Federal intervention[5] as I am losing weight and I feel swallowing this nasty yellow/white/green discharge is compromising my immediate health!! This complaint is an emergency.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want C. Smith & Cermak Hospital liable for violating my Constitutional Rights & liable for damages for pain mental & emotional suffering. I also need the courts to compel Cermak to treat what ails me !! Maybe a hefty settlement might spur these people to treat pre-trial detainees within the realm of the US. Constitution.

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___9___ day of __April__ , 20_0 8_

_Gregory L. Champion_
(Signature of plaintiff or plaintiffs)

_Gregory L. CHAMPion_
(Print name)

_20060080031_
(I.D. Number)

_1419 Woodhollow Ln._

_Flossmoor Ill. 60422_
(Address)

6

Part-A / Control #: 2008 X 0509

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Champion          First Name: Gregory

ID #: 2006 - 0080031     Div.: 5    Living Unit: 1H    Date: 04 / 02 / 08

BRIEF SUMMARY OF THE COMPLAINT: I have developed once again drainage from
some sort of sinus pathway, I say again because ever since I was purged
in force by retiree Marcil Navon since 8/15/07 I have had intermittent
sinus drainage. For the past (3) weeks I have requested (3) times to be treated
for sinus relief from drainage, and as of right there has been no response
from dispensary of Cermak. Let me be plain to put I think about this. I am
in the middle of a large federal civil lawsuit against (2) Cermak professionals.
I do not wish to be in the position of consciously begging for medical inter-
vention. If they do not leave here in trouble multiple requests for sinus infection
remedy complying then it is nothing. I will not contact Cermak again concerning
this issue. I know as the inmate that "1983" which they do not need to
deal with. I need medicine or something, somebody. Thank you.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
C. Ples, Ms. Wright

ACTION THAT YOU ARE REQUESTING:
Some immediate help with sinus discharge problem.

## DETAINEE SIGNATURE: Gregory L. Champion

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: 4 / 3 / 08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)