# PRISONER CASE

R

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

08CV2261
JUDGE PALLMEYER
MAG. JUDGE VALDEZ

**Plaintiff(s):**  GREGORY CHAMPION

**Defendant(s):**  C. SMITH, et al.

**County of Residence:**  COOK

**County of Residence:**

**Plaintiff's Address:**

Gregory Champion
#2006-0080031
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
J.N
APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 5. Transferred From Other District

☐ 2. Removed From State Court

☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court

☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☑ Yes    ☐ No

**Signature:** *A. E. Woodham*   **Date:** 04/21/2008

Pallmeyer   08C1632
Valdez