# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | REBECCA R. PALLMEYER *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2261 | **DATE** | May 29, 2008 |
| **CASE TITLE** | Gregory Champion (#2006-0080031) vs. C. Smith, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of April 29, 2008, the court denied Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered him to pay the full $350 filing fee. Although forewarned of the consequences, Plaintiff has failed to remit the required statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. Plaintiff's motion for appointment of counsel [#4] is denied as moot. However, having brought this action, Plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, Plaintiff must pay any outstanding fees.

■ [**Docketing to mail notices.**]

mjm